# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-769
Lower Tribunal No. 21-341-P
_____

**Mark Bouldin,**
Appellant,

vs.

**Preston Hollow Capital, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Monroe County, Luis Garcia, Judge.

Hershoff, Lupino & Yagel, LLP, and Russell A. Yagel, for appellant.

Paskert Divers Thompson, and Matthew G. Davis (Tampa), for appellee.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.